IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARREOLA, | No. C 11-02843 EJD (PR) |
| Plaintiff, | ORDER |
| vs. | |
| JOHN HENRY, et al., | |
| Defendant. | |

The Ninth Circuit recently held that "<u>Rand</u> and <u>Wyatt</u> notices must be served concurrently with motions to dismiss and motions for summary judgment so that pro se prisoners will have fair, timely and adequate notice of what is required of them in order to oppose those motions." <u>Woods v. Carey</u>, Nos. 09-15548 & 09-16113, slip op. 7871, 7874 (9th Cir. July 6, 2012). Because it appears that a <u>Rand</u> notice was not served concurrently with the pending motion for summary judgment in this case, the Court will provide said notice now:

Plaintiff is advised that a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case. Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact – that is, if there is no real dispute about any fact that would

1  affect the result of your case, the party who asked for summary judgment is
2  entitled to judgment as a matter of law, which will end your case.  When a
3  party you are suing makes a motion for summary judgment that is properly
4  supported by declarations (or other sworn testimony), you cannot simply rely
5  on what your complaint says.  Instead, you must set out specific facts in
6  declarations, depositions, answers to interrogatories, or authenticated
7  documents, as provided in Rule 56(e), that contradicts the facts shown in the
8  defendant's declarations and documents and show that there is a genuine issue
9  of material fact for trial.  If you do not submit your own evidence in opposition,
10 summary judgment, if appropriate, may be entered against you.  If summary
11 judgment is granted, your case will be dismissed and there will be no trial.
12 <u>Rand v. Rowland</u>, 154 F.3d 952, 962-63 (9th Cir. 1998) (en banc) (App A).

Because Plaintiff already has filed an opposition to the pending motion for summary judgment in this case, he may file a supplemental opposition within 15 days of this order. Defendants shall file a supplemental reply to any supplemental opposition within 7 days thereafter.

DATED: __7/10/2012_____     _____
EDWARD J. DAVILA
United States District Judge

Order
02843Arreola_notice.wpd                          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANUEL ARREOLA,

        Plaintiff,

  v.

JOHN HENRY, et al.,

        Defendants.

                                  /

Case Number: CV11-02843 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/13/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Arreola V-98236
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: 7/13/2012

                                              Richard W. Wieking, Clerk
                                   /s/   By: Elizabeth Garcia, Deputy Clerk