IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL ARREOLA, | ) | No. C 11-02843 EJD (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DR. JOHN HENRY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has dismissed all claims against Defendant, and granted his motion for summary judgment. Judgement is entered in favor of Defendant.

The Clerk shall close the file.

DATED: 9/9/2014

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\EJD\CR.11\02843Arreola_judgment.wpd      1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANUEL ARREOLA,

        Plaintiff,

  v.

DR. JOHN HENRY,

        Defendant.

Case Number: CV11-02843 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/9/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Arreola
3208 Cambridge Dr.,
Chino Hills, CA 91709

Dated: 9/9/2014

                                    Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk